**Gary Bernard FRITZ, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54956.**

Missouri Court of Appeals,
Western District.

June 30, 1998.

Rebecca L. Kurz, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and RIEDERER, JJ.

### ORDER

PER CURIAM.

Gary Fritz appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Daniel L. RITZINGER, Appellant.**

**No. WD 55088.**

Missouri Court of Appeals,
Western District.

June 30, 1998.

Brent Turner, Chapman, Cowherd, Turner & Tschannen, Chillicothe, for Appellant.

Douglas S. Roberts, Pros. Atty., Chillicothe, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and RIEDERER, JJ.

### ORDER

PER CURIAM.

Daniel L. Ritzinger appeals from his conviction in the Circuit Court of Livingston County for driving while intoxicated, City Code 33–337. Ritzinger was sentenced to fifteen days in jail and ordered to pay court costs of $69.50, a board bill of $450, and a Crime Victims Judgment of $10.

The judgment is affirmed. Rule 30.25(b).